# United States District Court

_____ DISTRICT OF _____

Julio Riveria

        Plaintiff

V.

Michael T. Maloney, et al.

        Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

RECEIVED DEC - 4 2003

I, ___Julio Riveria_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ___MCI-Walpole Cedar Junction___

   Are you employed at the institution? __No__    Do you receive any payment from the institution? __No__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [ ] No
   b. Rent payments, interest or dividends    [ ] Yes    [ ] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [ ] No
   d. Disability or workers compensation payments    [ ] Yes    [ ] No
   e. Gifts or inheritances    [ ] Yes    [ ] No
   f. Any other sources    [ ] Yes    [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### Inmate Transaction Report

Date : 20031016 10:23

Commit# : W70522

Name : RIVERA, JULIO, ,

Inst : MCI CEDAR JUNCTION

Block : A 2

Cell/Bed : 31 /A

MCI CEDAR JUNCTION

Statement From 20030401

To 20031016

Page :1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Peri | $311.29 | $288.01 | $6.08 | $0.00 |
| 20030408 10:06 | IS - Interest | 986713 | | SHI | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20030408 10:06 | IS - Interest | 986714 | | SHI | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20030410 08:44 | ML - Mail | 1002960 | | SHI | ~1633 E Luzerae St. Philadelphia, PA 1912 WU MO 06-348176949 ~RIVERA, NAOMI, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030415 22:30 | CN - Canteen | 1014860 | | SHI | ~Canteen Date : 200304 | $0.00 | $12.25 | $0.00 | $0.00 |
| 20030422 22:30 | CN - Canteen | 1035116 | | SHI | ~Canteen Date : 200304 | $0.00 | $13.28 | $0.00 | $0.00 |
| 20030425 08:55 | SE - Sentence Fees | 1048917 | 40583 | SHI | ~Docket #01-431-3~HAMPDEN SUP COURT | $0.00 | $35.00 | $0.00 | $0.00 |
| 20030429 22:30 | CN - Canteen | 1057364 | | SHI | ~Canteen Date : 200304 | $0.00 | $8.02 | $0.00 | $0.00 |
| 20030506 22:30 | CN - Canteen | 1079973 | | SHI | ~Canteen Date : 200305 | $0.00 | $4.70 | $0.00 | $0.00 |
| 20030507 09:18 | ML - Mail | 1080800 | | SHI | ~Trav Exp 9934245631 ~ROSADO, YOLANDA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030508 13:14 | IC - Transfer from Inmate to Club A/c | 1092744 | | SHI | ~MED COPAY 2/25/03 RN ~MEDICAL CO-PAYMENT - | $0.00 | $3.00 | $0.00 | $0.00 |
| 20030509 09:22 | IS - Interest | 1106878 | | SHI | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20030509 09:22 | IS - Interest | 1106879 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030513 22:30 | CN - Canteen | 1119732 | | SHI | ~Canteen Date : 200305 | $0.00 | $9.19 | $0.00 | $0.00 |
| 20030527 11:14 | ML - Mail | 1160736 | | SHI | ~POSTAL#05248264590 PO 011071~RIVERA, NINA, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030527 22:30 | CN - Canteen | 1164258 | | SHI | ~Canteen Date : 200305 | $0.00 | $7.56 | $0.00 | $0.00 |
| 20030610 16:24 | IS - Interest | 1234811 | | SHI | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030610 16:24 | IS - Interest | 1234812 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030611 08:33 | CN - Canteen | 1240531 | | SHI | ~Canteen Date : 200306 | $0.00 | $9.12 | $0.00 | $0.00 |
| 20030624 23:00 | TI - Transfer from Institutio | 1300597 | | SHI | | $0.00 | $11.27 | $0.00 | $0.00 |
| 20030624 23:00 | TI - Transfer from Institutio | 1300598 | | CJ | | $11.27 | $0.00 | $0.00 | $0.00 |
| 20030624 23:00 | TI - Transfer from Institutio | 1300599 | | SHI | | $0.00 | $0.00 | $0.00 | $6.09 |
| 20030624 23:00 | TI - Transfer from Institutio | 1300600 | | CJ | | $0.00 | $0.00 | $6.09 | $0.00 |
| 20030701 09:22 | ML - Mail | 1324650 | | CJ | ~NAOMI RIVERA | $80.00 | $0.00 | $0.00 | $0.00 |
| 20030707 22:30 | CN - Canteen | 1348572 | | CJ | ~Canteen Date : 200307 | $0.00 | $36.92 | $0.00 | $0.00 |
| 20030709 16:13 | IS - Interest | 1368471 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030709 16:13 | IS - Interest | 1368472 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030714 22:30 | CN - Canteen | 1394970 | | CJ | ~Canteen Date : 200307 | $0.00 | $49.86 | $0.00 | $0.00 |
| | | | | | | $275.44 | $233.39 | $15.10 | $6.09 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031016 10:23

Commit# : W70522  
Name : RIVERA, JULIO, ,  
Inst : MCI CEDAR JUNCTION  
Block : A 2  
Cell/Bed : 31 /A  

MCI CEDAR JUNCTION  
Statement From 20030401  
To 20031016  
Page : 2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030728 22:30 | CN - Canteen | 1451020 | | CJ | ~Canteen Date : 200307 | $0.00 | $3.99 | $0.00 | $0.00 |
| 20030807 15:32 | IS - Interest | 1511114 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20030807 15:32 | IS - Interest | 1511115 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030825 09:29 | ML - Mail | 1579919 | | CJ | ~DESIREE WALTERS | $15.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:58 | IS - Interest | 1654098 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:58 | IS - Interest | 1654099 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030924 23:07 | PY - Payroll | 1729780 | | CJ | ~20030907 To 20030913 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20030924 23:07 | PY - Payroll | 1729781 | | CJ | ~20030907 To 20030913 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20031001 23:07 | PY - Payroll | 1758209 | | CJ | ~20030914 To 20030920 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20031001 23:07 | PY - Payroll | 1758210 | | CJ | ~20030914 To 20030920 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20031006 08:35 | ML - Mail | 1765749 | | CJ | ~NAOMI RIVERA | $70.00 | $0.00 | $0.00 | $0.00 |
| 20031007 11:04 | RI - Restitutio - Intrafund | 1772467 | | CJ | ~F10/REST.#03-1239 | $0.00 | $27.25 | $0.00 | $0.00 |
| 20031008 17:00 | IS - Interest | 1789304 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20031008 17:00 | IS - Interest | 1789305 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031008 23:09 | PY - Payroll | 1803189 | | CJ | ~20030921 To 20030927 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20031008 23:09 | PY - Payroll | 1803190 | | CJ | ~20030921 To 20030927 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20031014 10:28 | IC - Transfer from Inmate to Club A/c | 1814920 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |

Balance as of ending date  
Personal $65.33  
Savings $15.09

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $65.33 | $15.09 | $0.00 | $0.00 | $0.00 | $0.00 |