UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JULIO RIVERIA,                )
                              )
         Plaintiff,           )
     v.                       ) Civil Action Number
MICHAEL MALONEY, et al.,      ) 03-12542-JLT
                              )
         Defendants.          )
```

PROCEDURAL ORDER

On December 4, 2003, the Court received an application to proceed without prepayment of fees and a civil rights complaint from plaintiff Julio Riveria, an inmate at MCI Cedar Junction. The documents did not list any case number. However, although the documents were identical to those previously filed by plaintiff in Riveria v. Maloney, C.A. No. 03-12164-RWZ, the Clerk opened these filings as a new action, C.A. No. 03-12542-JLT.

Because it appears that C.A. No. 03-12542-JLT was incorrectly opened as a new action, it shall be closed by the Clerk and the documents filed in this action shall be forwarded to the presiding judicial officer for C.A. No. 03-12164-RWZ.
SO ORDERED.

Dated at Boston, Massachusetts, this  8th  day of January, 2003.

                                          s/ Joseph L. Tauro
                                          JOSEPH L. TAURO
                                          UNITED STATES DISTRICT JUDGE